UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Crim. No. 02-553(3) (FSH) |
| | : |
| | :   **O R D E R** |
| ANTONIA JIMENEZ-CALDERON, | : |
| | : |
| Defendant. | : |
| | : |

This matter having come before the Court on remand from the United States Court of Appeals for the Third Circuit, for re-sentencing of the Defendant,

**IT IS** on this 27th day of June, 2005,

**ORDERED** that counsel for the United States of America and for the Defendant shall submit pre-sentencing memoranda no later than **July 12, 2005**; and it is further

**ORDERED** that a sentencing hearing is scheduled in this matter for **Tuesday, July 19, 2005,** at **11:00A.M.**


/s/ Faith S. Hochberg
United States District Judge