UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                    Date: July 19, 2005

JUDGE: HON. FAITH S. HOCHBERG

COURT REPORTER: JOHN STONE

DEPUTY CLERK: LAWRENCE MACSTRAVIC

Title of Case: U.S.A. v. ANTONIA JIMENEZ-CALDERON      Docket# Cr. 02-553(3)(FSH)

Appearances: Sabrina Comizzoli, AUSA
             Chester Keller, AFPD, for defendant

**Nature of Proceeding: Sentencing Hearing - Non-Evidentiary**

Case called for sentencing.
Defendant present.
Interpreter Sara Garcia-Rangel sworn.

Court finds that offense level enhancements under U.S.S.G. §§ 2G1.1(b)(4)(B), 3A1.1(b)(1), and 3B1.1 all apply to defendant.
Ordered prior sentence vacated.

Sentence
Imprisonment for 60 months on Count 1 of the Indictment and 210 months on Count 14 of the Indictment, to run concurrently.
Supervised release for 3 years on Count 1 of the Indictment and 5 years on Count 14 of the Indictment, to run concurrently.

Special Conditions
1. Deft. shall provide USPO with full disclosure of her financial records including yearly income tax etc.
2. Deft. shall cooperate with the Bureau of Immigration and Customs Enforcement, etc.
3. Deft. is prohibited from incurring any new credit charges or opening additional lines of credit etc.

Ordered Special Assessment of $200. is due immediately, unless already paid.
Ordered fine of $2,500 on each of Counts 1 and 14 of the Indictment, for a total fine of $5,000, is due immediately.
Ordered restitution as previously ordered.
Ordered defendant remanded.

Adjourned to: _____ Time commenced: 12:40p.m. Time adjourned: 3:10p.m.

cc: chambers                                    /s/ Lawrence MacStravic
                                                Deputy Clerk